# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF IDAHO

| | |
|---|---|
| In re: ) | Case No. 11-01452-TLM |
| ) | Chapter 7 |
| SEAN P. FOX, ) | |
| ) | |
| Debtor. ) | |

## ORDER ON UNITED STATES TRUSTEE'S MOTION TO DISMISS
## UNDER 11 U.S.C. § 707(b)(1) AND §§ 707(b)(2) or 707(b)(3)

Based on the United States Trustee's Motion to Dismiss Under 11 U.S.C. § 707(b)(1) and §§ 707(b)(2) or 707(b)(3), which was filed on July 20, 2011 (Docket no. 20), no response or objection having been filed and the deadline for objection having passed on August 15, 2011, and for good cause appearing:

IT IS HEREBY ORDERED that the United States Trustee's motion to dismiss is granted. The above-captioned case is hereby dismissed. # End of Text #

DATED: August 25, 2011

TERRY L. MYERS
CHIEF U. S. BANKRUPTCY JUDGE

Submitted by David W. Newman, Attorney for Movant United States Trustee

1